IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Stinson, Jacquelyne S

Printed: 01/29/09

Case Number: 08 B 04349
Judge: Hollis, Pamela S
Filed: 2/26/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: December 15, 2008
Confirmed: April 21, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 6,747.54 |  |
| Secured: |  | 3,636.14 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,674.78 |
| Trustee Fee: |  | 436.62 |
| Other Funds: |  | 0.00 |
| Totals: | 6,747.54 | 6,747.54 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,800.00 | 2,674.78 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | Americredit Financial Ser Inc | Secured | 15,158.18 | 2,861.84 |
| 4. | Wells Fargo Home Mortgage | Secured | 4,635.41 | 774.30 |
| 5. | Internal Revenue Service | Priority | 2,000.00 | 0.00 |
| 6. | Americredit Financial Ser Inc | Unsecured | 106.49 | 0.00 |
| 7. | Capital One | Unsecured | 4,140.25 | 0.00 |
| 8. | Commonwealth Edison | Unsecured | 327.62 | 0.00 |
| 9. | Capital One | Unsecured | 1,140.07 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 1,054.83 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 536.17 | 0.00 |
| 12. | Lexington Of Orland Park | Unsecured | 1,301.18 | 0.00 |
| 13. | Creditors Collection Bur | Unsecured |  | No Claim Filed |
| 14. | AFNI | Unsecured |  | No Claim Filed |
| 15. | Global Credit And Collections | Unsecured |  | No Claim Filed |
| 16. | ER Solutions | Unsecured |  | No Claim Filed |
| 17. | HSBC | Unsecured |  | No Claim Filed |
| 18. | HSBC | Unsecured |  | No Claim Filed |
| 19. | Ingalls Memorial Hospital | Unsecured |  | No Claim Filed |
| 20. | Lou Harris | Unsecured |  | No Claim Filed |
| 21. | Radiology Imaging Consultants | Unsecured |  | No Claim Filed |
| 22. | Sears Family Dental | Unsecured |  | No Claim Filed |
| 23. | Nicor Gas | Unsecured |  | No Claim Filed |
| 24. | Health Care Center | Unsecured |  | No Claim Filed |
|  |  |  | $ 33,200.20 | $ 6,310.92 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Stinson, Jacquelyne S

Printed: 01/29/09

Case Number:  08 B 04349
Judge:  Hollis, Pamela S
Filed:  2/26/08

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 20.42 |
| 6.5% | 270.31 |
| 6.6% | 145.89 |
|  | $ 436.62 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

